**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

THOMAS PORWITZKY and
MATTHEW JONES,

Plaintiffs,

v.

Case No. 1:25-00280-MIS-LF

ANDREW ROMKOWSKY,
et al.,

Defendants.

**ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION AND GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH DISCOVERY ORDER**

THIS MATTER is before the Court on the Proposed Findings and Recommended Disposition of United States Magistrate Judge Laura Fashing ("PFRD"), ECF No. 72, issued September 11, 2026. Therein, Judge Fashing recommends finding that Plaintiffs violated the discovery order (1) by providing supplemental interrogatory responses and supplemental request for production responses late and (2) because Plaintiff Jones provided an incomplete answer to Interrogatory No. 12 regarding prior arrests and police encounters—for example, the court, case numbers, and dates of some of his prior arrests. Id. at 5, 7. With respect to the latter, Judge Fashing stated that Mr. Jones "has given no reason for failing to provide this information . . . ." Id. at 9. Judge Fashing recommends denying Defendants' Motion to Dismiss for Failure to Comply with Discovery Order ("Motion"), ECF No. 56, and instead issue the lesser sanction of a strong admonishment to Plaintiffs, id. at 10-11.

On September 25, 2026, Plaintiffs Thomas Porwitzky and Matthew Jones filed Objections to the PFRD. ECF No. 75. They argue that: (1) Judge Fashing failed to consider that Defendants

served late and incomplete responses to Plaintiffs' First Request for Production, id. at 4; (2) Mr. Jones did, in fact, provide a reason for failing to provide a complete answer to Interrogatory 12, and specifically, he suffered a serious head injury in 2014 that affects his memory and "he may have had other police encounters of which he has no recollection[,]" id. at 5-6; and (3) the recommended sanction is unwarranted and not applied evenly, id. at 6-7.

Defendants did not file Objections to the PFRD.

A district judge may refer a dispositive motion to a magistrate judge for proposed findings of fact and recommended disposition. 28 U.S.C. § 636(b)(1)(B); see also Fed. R. Civ. P. 72(b)(1). "Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). "The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3). "The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Id.; see also 28 U.S.C. § 636(b)(1).

Upon de novo review of the PFRD, the Court will overrule Defendants' Objections. As to the first and third objections, Defendants' alleged discovery violations are not at issue in Defendants' Motion. If Plaintiffs believe Defendants have committed sanctionable conduct, they may file their own Motion.

As to the second objection, Judge Fashing did not find that Mr. Jones failed to provide a complete list of his prior arrests and encounters with police. Rather, she found that Mr. Jones failed to provide all of the information required by the discovery order—i.e., "the date and place committed; by whom you were charged; the court and cause number; the type of offense for which arrested, charged or convicted; and the disposition of each and the penalty you received, if any"—

for the arrests he did list in his response to Interrogatory No. 12. PFRD at 6. Judge Fashing's finding that Mr. Jones "has given no reason for failing to provide this information, nor has he indicated that he even tried to find more details" is correct.

Therefore, it is **HEREBY ORDERED** that:

1. Plaintiffs' Objections to the Magistrate Judge's Proposed Findings and Recommended Disposition are **OVERRULED**;

2. The Proposed Findings and Recommended Disposition issued September 11, 2026, ECF No. 72, are **ADOPTED**;

3. Defendants' Motion to Dismiss for Failure to Comply with Discovery Order, ECF No. 56, is **GRANTED IN PART AND DENIED IN PART**; and

4. **The sanction the Court will issue at this time is a strong admonishment. The Court warns Plaintiffs that further discovery violations or other violations of court orders may result in more severe sanctions, which may include orders to pay defendants' attorney's fees and costs, dismissal of claims, or dismissal of the case as a whole.**

Margaret Strickland

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE